UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

GEORGE WILLIAMS,

        Plaintiff,

    v.                                   **ORDER**
                                       13-CV-974S

KEITH SWACK, SEAN WARNER, MATTHEW
RADDEMACHER, and ERIC HIBSCH,

        Defendants.

The parties have reported that no pretrial resolution of this matter has been reached. (Docket No. 164.) Before scheduling trial, the parties must explore consent to proceeding before a magistrate judge in accordance with 28 U.S.C. § 636 (c) and appear before this Court in person for a status conference.

IT HEREBY IS ORDERED, that the parties must explore consent to proceeding before a magistrate judge in accordance with 28 U.S.C. § 636 (c). The consent form is available at https://www.nywd.uscourts.gov/forms-3. The consent process is set forth in Loc. R. Civ. P. 73. The parties are, of course, free to withhold consent without adverse substantive consequences. See Fed. R. Civ. P. 73 (b)(2).

FURTHER, that the parties must appear before this Court in person on December 20, 2023, at 9:00 a.m., to report on consent and to discuss the scheduling of a trial date. Counsel should be prepared with their trial calendars.

    SO ORDERED.

Dated:    December 7, 2023
                Buffalo, New York

                                                      s/William M. Skretny
                                                      WILLIAM M. SKRETNY
                                              United States District Judge