# SIVIN, MILLER & ROCHE, LLP
**20 Vesey Street, Suite 1400**
**New York, NY  10007**
**Phone:  212 349-0300**
**Fax:  212 406-9462**

December 17, 2023

Via ECF

Hon. William M. Skretny
United States District Judge
2 Niagara Square
Buffalo, NY  14202

Re:  Williams v. Swack, et. al.
Case no. 13-CV-00974

Your Honor:

The undersigned represents Plaintiff in the above matter.  I write to request that the Court permit Plaintiff's counsel to appear at the next status conference, scheduled for December 20, 2023 at 9:00 a.m., *see* Dkt. No. 165, via telephone.  I have consulted with defense counsel, and they consent to this request.

Our office is located in Manhattan, and attending the conference (which we anticipate will be brief and noncontentious) likely would require two day's travel time.  We therefore request permission to appeal telephonically.

Thank you for your consideration.

Very truly yours,

*Edward Sivin*

Edward Sivin

Cc: All parties (via ECF)